IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BILL MELOT,**

      **Petitioner,**

  **vs.**                        **NO. 07cv113 JH/WDS**

**GARY CLINGMAN, Judge**
**for the Fifth Judicial District Court,**
**Lea County, New Mexico**

      **Respondent**

## ORDER

**THIS MATTER** came before the Court on Respondent's Motion to Dismiss that was filed on March 5, 2007. (Docket No. 5 ) Petitioner filed no response to the motion. Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, to which Petitioner did not file objections, and being otherwise fully advised, I find that the motion to dismiss should be granted.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Respondent's motion to dismiss (Docket No. 5) is **GRANTED**.

_____
**HON. JUDITH HERRERA**
**UNITED STATES DISTRICT JUDGE**